UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOCORRO GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | NO. CV 08-6957-CT<br><br>JUDGMENT |

IT IS ADJUDGED that this matter is **REMANDED** pursuant to sentence four of 42 U.S.C. §405(g) to defendant Commissioner of Social Security for further administrative action consistent with the opinion and order filed concurrently with this judgment.

DATED: March 5, 2009

_/s/ Carolyn Turchin_
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE